# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE WHEAT, | No. 2:14-cv-0688-CMK  PS |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff, who is proceeding *in propria persona*, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion to dismiss (Doc. 14), currently set for hearing on May 27, 2015.

    In the order resetting the hearing, the court required the parties to inform the court, on or before May 13, 2015, how and where they will appear, or whether they wish to waive oral argument.  Defendant timely informed the court that oral argument is waived; plaintiff has not filed a response.  In addition, plaintiff has still not filed an opposition to the motion to dismiss, which she was informed was required to be filed at least 14 days prior to the hearing date per the local rules.

1  As no opposition to the motion has been filed, and defendant has waived oral
2  argument on the motion, pursuant to Eastern District of California Local Rule 230(c), the hearing
3  scheduled for May 27, 2015, at 10:00 a.m. before the undersigned in Redding, California, is
4  hereby taken off calendar and the matter submitted on the record and briefs without oral
5  argument.  The Clerk of the Court is directed to serve a copy of this order on the Judicial
6  Services Supervisor, as use of Courtroom 9 is no longer necessary.
7  IT IS SO ORDERED.

DATED: May 21, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE